UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 8:24-cv-2292-MSS-CPT

NOVO NORDISK A/S AND NOVO
NORDISK, INC.,

    Plaintiffs,

v.

IV HARMONY CLINIC LLC,

    Defendant.

_____/

**JOINT MOTION FOR ENTRY OF FINAL JUDGMENT AND PERMANENT INJUNCTION**

Plaintiffs, Novo Nordisk A/S and Novo Nordisk Inc., and Defendant, IV Harmony Clinic LLC, jointly file this Motion for Entry of Final Judgment and Permanent Injunction, pursuant to the Local Rules and Federal Rules of Civil Procedure. In support thereof, the parties state as follows:

1. On September 30, 2024, Plaintiffs filed their complaint against Defendant, alleging claims under the Lanham Act and Florida's Deceptive and Unfair Trade Practices Act. Compl., [D.E. 1].

2. On October 15, 2024, a summons was issued as to Defendant, and on November 26, 2024, Counsel for Defendant entered an appearance and seeking an extension of the response date to the complaint. [D.E. 10, 11].

CASE NO. 8:24-cv-2292-MSS-CPT

3. The Parties continued to litigate this matter and complied with all pretrial deadlines as stated in the Court's Case Management and Scheduling Order dated December 31, 2025. [D.E. 23].

4. As of the date of this filing, the Parties have reached an amicable settlement, whereby they have stipulated for the entry of the Final Judgment and Permanent Injunction attached hereto as Exhibit A.

5. Pursuant to Local Rule 3.09, the Parties provide the Court the requisite notice of settlement and respectfully request that this Honorable Court enter the order attached in Exhibit A.

WHEREFORE, Plaintiffs, Novo Nordisk A/S and Novo Nordisk Inc., and Defendant, IV Harmony Clinic LLC, respectfully request that this Honorable Court enter the Final Judgment and Permanent Injunction on Consent, and any further relief it deems just and proper.

Dated:     3/2/2026

Respectfully submitted,

| | |
|---|---|
| /s/ *Michelle A. Juarez* | /s/ *Adriana Kostencki* |
| Jordan S. Cohen, Esquire (551872) | Adriana Kostencki, Esquire (84507) |
| Michelle A. Juarez, Esquire (1030924) | akostencki@exorolaw.com |
| WICKER SMITH O'HARA | EXORO LAW PLLC |
| McCOY & FORD, P.A. | 5645 Coral Ridge Drive, Suite 306 |
| 515 E. Las Olas Blvd., Suite 1400 | Coral Springs, FL 33076 |
| Fort Lauderdale, FL 33301 | Telephone: (954) 947-0050 |
| Telephone: (954) 847-4800 | Attorneys for Defendant |
| Facsimile: (954) 760-9353 | |
| Attorneys for Plaintiffs | |

CASE NO. 8:24-cv-2292-MSS-CPT

## CERTIFICATE OF CONFERRAL

Pursuant to Local Rule 3.01(g), the Parties hereby certify that they have conferred in good faith and the parties agree on the relief requested herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on March 2, 2026, and the foregoing document is being served this day on all counsel or parties of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

*/s/ Michelle A. Juarez*
Michelle A. Juarez, Esquire
